UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAITLYN KRUEGER,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>STILLWATER PROPERTY & CASUALRY INSURANCE,<br><br>　　　　　　Defendant(s). | CASE NO. C25-2392-KKE<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

　　　This matter comes before the Court on its own motion. Defendant removed this case from state court on November 25, 2025. Dkt. No. 1. Shortly thereafter, the Clerk issued a notice of filing deficiency stating that Plaintiff's counsel is not admitted to practice in this Court and directing Plaintiff's counsel to submit a Petition for Admission and, once admitted, to promptly file a Notice of Appearance pursuant to Local Civil Rule 83.2. Since then, no appearance has been noted on Plaintiff's behalf.

　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by February 3, 2026, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff need not respond to this Order if a notice of appearance is entered on her behalf by that date.

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE - 1

Defendant is ORDERED to serve this Order via certified mail on Plaintiff's counsel, Moses Merakov of Driggs Bills & Day, PLLC, by January 14, 2026, and to file a certificate of service by January 15, 2026, verifying that it has done so.

Dated this 13th day of January, 2026.

Kymberly K. Evanson
United States District Judge