HONORABLE KYMBERLY K EVANSON
ORAL ARGUMENT NOT REQUESTED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAITLYN KRUEGER, an individual,

Plaintiff,

v.

STILLWATER PROPERTY & CASUALTY
INSURANCE, a foreign insurance company,
licensed to do, and doing business in the State of
Washington,

Defendant.

NO. 2:25-cv-02392

**ORDER GRANTING STIPULATION
REGARDING DAMAGES AND
REMANDING TO STATE COURT**
**Note for Motion Hearing: February 18,
2026**
**Without Oral Argument**

THIS MATTER having come before the undersigned Judge in The United States District Court for the Western District of Washington on the Stipulated Motion Regarding Damages. The parties having stipulated as set forth in their contemporaneous Stipulation to Regarding Damages, and the Court being fully advised in the premises, NOW THEREFORE,

IT IS HEREBY ORDERED that this matter is hereby REMANDED to the Superior Court of Washington for King County, with each party to bear he/she/its own costs and fees associated with removal and remand.

ORDER GRANTING STIPULATION
REGARDING DAMAGES - 1

DRIGGS BILLS & DAY, PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
(206) 607-9098 • FAX (206) 641-3214

DATED this 20th day of February 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

DRIGGS, BILLS & DAY, PLLC

Moses Merakov, WSBA # 60169
Casey Linane-Booey, WSBA #49578
Attorneys for Plaintiff

 /s/Daniel E. Thenell
Daniel E. Thenell, WSBA No. 37297
Attorney for Defendant Stillwater

ORDER GRANTING STIPULATION
REGARDING DAMAGES - 2

DRIGGS BILLS & DAY, PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
(206) 607-9098 • FAX (206) 641-3214